# Exhibit 2

US8013734 Vs Rave Mobile Safety Business Solutions

| Claim | Rave Mobile Safety Business Solutions ("The Accused System") |
|---|---|
| 1. A method of alarm notification, the method comprising: | The accused system practices a method of alarm notification (e.g., mass notification messages).  https://www.ravemobilesafety.com/business-solutions |

# Exhibit 2

| | |
|---|---|
| | ## Available Features<br><br>■ **Mass Notifications**  ■ Polling and Response  ■ Unlimited Voice and Text<br><br>■ Group Messaging  ■ Anonymous Tip Submission  ■ **Emergency Notifications**<br><br>■ **Two-Way Communications**  ■ Reporting Dashboard  ■ Panic Buttons<br><br>■ Employee Check-ins  ■ **Geo-targeted Alerts**  ■ Customizable Permissions<br><br>■ Multi-Channel Delivery  ■ Lone Worker Protection  ■ Comprehensive APIs<br><br>■ Management & Response Team Mobilizations  ■ Redundant Business Communications  ■ **Incident Management and Response Dashboard**<br><br>■ Automated Weather Notifications  ■ Personal Safety Mobile App  ■ Direct Application Integrations<br><br>https://www.ravemobilesafety.com/business-solutions |
| activating an alert mode of a mobile device based on an emergency situation in an area; | The accused system practices activating an alert mode (e.g., emergency button or panic button) of a mobile device (e.g., mobile device with Rave Guardian Application) based on an emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) in an area (e.g., location of the incident). |

# Exhibit 2



**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

# Exhibit 2

## Leverage Incident Management Tools and Reporting

**See all Activity Through One Simple Dashboard**



Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

# Exhibit 2

|  | Rave Panic Button reduces the time before help reaches you in an emergency.

For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.

For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.

When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.

https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en |
|---|---|
| transmitting, from the mobile device, an indication of the emergency situation to a communication network control system; | The accused system practices transmitting, from the mobile device (e.g., mobile device with Rave Guardian Application), an indication (e.g., alert) of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) to a communication network control system (e.g., Incident Management and Response Dashboard). |

# Exhibit 2



## Emergency Call Button

**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

Exhibit 2



## Leverage Incident Management Tools and Reporting

**See all Activity Through One Simple Dashboard**

Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

Exhibit 2

|  | Rave Panic Button reduces the time before help reaches you in an emergency.<br><br>For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.<br><br>For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.<br><br>When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.<br><br>https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en |
| confirming, by the communication network control system, the indication of the emergency situation to the mobile device; | The accused system practices confirming, by the communication network control system (e.g., Incident Management and Response Dashboard), the indication of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) to the mobile device (e.g., mobile device with Rave Guardian Application).<br><br>As shown below, the accused system validates an emergency call received from a mobile device of a user who is in emergency situation. The accused system confirms accidental or false alarmed emergency calls. The accused system must confirm the indication of the emergency situation to the mobile device. |

Exhibit 2

## Setting up your Staff Assist PIN

If you are an "Admin" Campus Contact, you can send Custom Staff Assist messages. Custom messages allow Admins to communicate a unique need, follow up on earlier Staff Assist messages, or even contribute to information disseminated during a Rave Panic Button Incident that involved 9-1-1 (e.g. "All Clear", "False Alarm", "Ambulance has arrived at North entrance").

You need a Staff Assist PIN to send a Custom Staff Assist message. Upon installation, Rave Panic Button prompts "Admin" Campus Contacts to select a Staff Assist PIN through a message in your Inbox. Click the message to select your PIN.



https://www.ravemobilesafety.com/rave-panic-button-user-resources/setting-staff-assist-pin

# Exhibit 2



**Emergency Call Button**

**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

# Exhibit 2



## Leverage Incident Management Tools and Reporting

**See all Activity Through One Simple Dashboard**

Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

Exhibit 2

|  | Rave Panic Button reduces the time before help reaches you in an emergency.

For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.

For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.

When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.

https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en |
|---|---|
| notifying, by the communication network control system, emergency personnel of the indication of the emergency situation; | The accused system practices notifying, by the communication network control system (e.g., Incident Management and Response Dashboard), emergency personnel (e.g., on site emergency personnel and 911) of the indication of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats). |

# Exhibit 2

Administrators and on-site security are the first to know of an incident and can coordinate a response. With floor plans, the incident type and location provided, on-site responders will have enhanced situational awareness and can respond faster.

Administrators can manage on-going incidents with real-time messages to staff and personnel by sending and receiving accurate updates as events unfold.

https://cdn2.hubspot.net/hubfs/3339889/Rave_Mobile_Safety_February2018/Docs/RCV-Panic-Button-1%20pager.pdf

# Exhibit 2

## Setting up your Staff Assist PIN

If you are an "Admin" Campus Contact, you can send Custom Staff Assist messages. Custom messages allow Admins to communicate a unique need, follow up on earlier Staff Assist messages, or even contribute to information disseminated during a Rave Panic Button Incident that involved 9-1-1 (e.g. "All Clear", "False Alarm", "Ambulance has arrived at North entrance").

You need a Staff Assist PIN to send a Custom Staff Assist message. Upon installation, Rave Panic Button prompts "Admin" Campus Contacts to select a Staff Assist PIN through a message in your Inbox. Click the message to select your PIN.



https://www.ravemobilesafety.com/rave-panic-button-user-resources/setting-staff-assist-pin

# Exhibit 2



**Emergency Call Button**

**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

# Exhibit 2



## Leverage Incident Management Tools and Reporting

**See all Activity Through One Simple Dashboard**

Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

Exhibit 2

| | |
|---|---|
| | Rave Panic Button reduces the time before help reaches you in an emergency.<br><br>For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.<br><br>For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.<br><br>When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.<br><br>https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en |
| transmitting, by the communication network control system, an indication of the emergency situation to one or more additional mobile devices in the area, wherein the one or more additional mobile devices are | The accused system practices transmitting, by the communication network control system (e.g., Incident Management and Response Dashboard), an indication (e.g., alert) of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) to one or more additional mobile devices (e.g., mobile device within selected geolocation) in the area, wherein the one or more additional mobile devices (e.g., mobile device within selected geolocation) are mobile devices within a predetermined physical range (e.g., geological range set by the operator) of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) indicated by the first mobile device. |

# Exhibit 2

mobile devices within a predetermined physical range of the emergency situation indicated by the first mobile device; and



## Geo-Targeted Alerts

**Integrated with Rave Alert™ Mass Notification System**

Not every alert requires you to notify your entire community.

If a user is traveling abroad or near a disaster, such as an active shooter, terrorist attack, localized weather threats or other regional hazards, you can identify those specific users and send them a targeted notification through the Rave Alert Mass Notification System.

Once they're identified, you can communicate with them through two-way messaging to determine their status and develop action plans for a coordinated response. If messaging data is down or at maximum capacity, users will still receive push notifications over Wi-Fi.

**LEARN HOW TO EMPOWER TRAVELING HEALTHCARE WORKERS**

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

# Exhibit 2

## Leverage Incident Management Tools and Reporting

### See all Activity Through One Simple Dashboard



Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

# Exhibit 2

<table>
<tr>
<td></td>
<td>Rave Panic Button reduces the time before help reaches you in an emergency.

For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.

For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.

When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.

https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en</td>
</tr>
<tr>
<td>transmitting, by the communication network control system, an indication of the emergency situation to one or more local alarm devices in the area, the local alarm devices being in the vicinity of the</td>
<td>The accused system practices transmitting, by the communication network control system (e.g., Incident Management and Response Dashboard), an indication (e.g., alert) of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats) to one or more local alarm devices (e.g., digital signage) in the area, the local alarm devices (e.g., digital signage) being in the vicinity of the emergency situation (e.g., emergency situation such as weather, criminal activity, fires, and other public safety threats).</td>
</tr>
</table>

# Exhibit 2

| emergency situation. |  **CONNECT WITH OTHER SYSTEMS** |
|---|---|

Communicate intelligently with the widest range of technologies to extend the reach of notifications and data synchronization across systems.

Rave Alert is CAP compliant. It allows integration with a wide variety of emergency systems like sirens and the National Weather Service, RSS to update websites and digital signage, and many other integrations. Rave Alert's batch upload system accepts .CSV files and web APIs for real-time data updates.

https://www.ravemobilesafety.com/rave-alert-product

 **Emergency Call Button**

**Help is on the way.** With a push of a button, users can either directly connect to 9-1-1 or security in an emergency. When they dial 9-1-1 from the personal safety app, your security team is notified through the incident management console.

# Exhibit 2

https://www.ravemobilesafety.com/rave-guardian



https://play.google.com/store/apps/details?id=com.ravemobilesafety.raveguardian

# Exhibit 2

## Leverage Incident Management Tools and Reporting

**See all Activity Through One Simple Dashboard**



Through Rave Alert's incident management dashboard, security can view Rave Guardian Safety Timer sessions, tip submissions, text messages, emergency calls and user locations, and immediately respond.

If a user contacts 9-1-1 through the app, your security team will be notified via the incident management console to coordinate any needed response.

Rave Guardian reports provide detailed real-time and historical reporting with key metrics and graphs showing tips, event types over time, and audit trails.

Security can gain insight into areas with repeated activity and develop proactive programs. Reports also establish a record that can be useful in incident management and after-action procedures.

https://www.ravemobilesafety.com/rave-guardian

# Exhibit 2



https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en

# Exhibit 2

Rave Panic Button reduces the time before help reaches you in an emergency.

For critical emergencies, activate one of the five Rave Panic Buttons to dial 9-1-1. When activated at a location configured for your organization, Rave Panic Button also notifies on-site individuals, getting you immediate assistance.

For lower-severity issues not requiring a 9-1-1 call, you can use the Staff Assist feature to notify on-site individuals only. Using Staff Assist will not automatically dial 9-1-1.

When a Rave Panic Button 9-1-1 call is routed to a participating 9-1-1 center, the 9-1-1 call taker automatically receives real-time, critical incident information such as the emergency type, building floor plans, emergency response plans, and other critical details via Rave's patented Smart911 technology.

https://play.google.com/store/apps/details?id=com.ravemobilesafety.panicbutton&hl=en