## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTORS LICENSING LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>RAVE MOBILE SAFETY HOLDINGS, LLC<br><br>     Defendant. | C.A. No. 20-147-MN<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT RAVE MOBILE SAFETY HOLDINGS, LLC'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Rave Mobile Safety Holdings LLC ("Rave") respectfully moves this Court to dismiss Plaintiff Aristors Licensing LLC's ("Aristors") Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Rave's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

|  |  |
|---|---|
| Dated: February 24, 2020 | Respectfully submitted, |
|  | FISH & RICHARDSON P.C. |
|  | By: */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com |
|  | Neil J. McNabnay<br>Ricardo J. Bonilla<br>Noel F. Chakkalakal<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>rbonilla@fr.com<br>chakkalakal@fr.com |
|  | **ATTORNEYS FOR DEFENDANT**<br>**RAVE MOBILE SAFETY HOLDINGS, LLC** |