# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTORS LICENSING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAVE MOBILE SAFETY HOLDINGS, LLC<br><br>　　　　Defendant. | C.A. No. 20-147-MN<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING RAVE MOBILE SAFETY HOLDINGS, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

　　Having considered Defendant Rave Mobile Safety Holding's Motion to Dismiss for Failure to State a Claim, IT IS HEREBY ORDERED this ____ day of _____, 2020, that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika