# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTORS LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAVE MOBILE SAFETY HOLDINGS LLC,<br><br>Defendant. | C.A. No. 20-147-MN<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss Plaintiff's claims **with prejudice,** and Defendant's claims **without prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 9, 2020

Respectfully submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Isaac Rabicoff
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**COUNSEL FOR PLAINTIFF
ARISTORS LICENSING LLC**

By: */s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)

2

        FISH & RICHARDSON P.C.
        222 Delaware Ave., 17th Floor
        P.O. Box 1114
        Wilmington, DE 19801
        (302) 652-5158 (Telephone)
        (302) 652-0607 (Facsimile)
        janderson@fr.com

        Neil J. McNabnay
        David B. Conrad
        Noel F. Chakkalakal
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        (214) 747-5070 (Telephone)
        (214) 747-2091 (Facsimile)
        mcnabnay@fr.com
        conrad@fr.com
        chakkalakal@fr.com

        **COUNSEL FOR DEFENDANT**
        **RAVE MOBILE SAFETY HOLDINGS LLC**

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE